**Interest of D.L.S., JR., Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 73718.**

Missouri Court of Appeals,
Western District.

June 12, 2012.

Application for Transfer Denied
Sept. 25, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2012.

Patricia A. Harrison, St. Louis, MO, for appellant.

Michael R. Fogal, Kansas City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and JAMES E. WELSH and ALOK AHUJA, JJ.

## ORDER

PER CURIAM.

D.L.S., Jr. a juvenile, appeals the judgment of the Family Court Division of the Circuit Court of Jackson County, finding

him in need of care and treatment based on his possession of child pornography, § 573.037, RSMo. D.L.S. argues that there was insufficient evidence to support a finding beyond a reasonable doubt that he knowingly or recklessly possessed child pornography, and that application of § 573.037 to him is unconstitutional. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting for the reasons for this order has been provided to the parties. Rule 84.16(b).